UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RAUL CHARLES FARRIS,**

    **Plaintiff,**

**v.**                                                               **Case No: 6:18-cv-278-Orl-41KRS**

**METLIFE, INC.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 11) and Motion to Stay Timelines and Discovery (Doc. 12). Also before the Court is Plaintiff's Second Motion for Default Judgment (Doc. 13). United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation ("R&R," Doc. 15), recommending that Defendant's Motion to Dismiss be granted, the Motion to Stay be denied as moot, and Plaintiff's Second Motion for Default Judgement be denied.

Plaintiff filed an Objection to Report and Recommendation (Doc. 16) nearly three weeks after the deadline per Fed. R. Civ. P. 72(b)(2). As such, the Court is under no obligation to consider Plaintiff's objections. However, even if the Court were to consider Plaintiff's objections, they do not address the substantive analysis in the R&R.

The Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 11) is **GRANTED** and the case is **DISMISSED with prejudice**.

3. Defendant's Motion to Stay Timelines and Discovery (Doc. 12) is **DENIED as moot.**

4. Plaintiff's Second Motion for Default Judgment (Doc. 13) is **DENIED**.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 11, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party